IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Norma Iris Báez Soto,<br><br>Plaintiff<br><br>vs.<br><br>CICA Collection Agency, Inc.;<br>Insurance Companies ABC; John Doe and Jane Doe,<br><br>Defendants | **CIVIL NO: 24-01589 (GMM)** |

### JUDGMENT

Today, May 29, 2025, the parties jointly filed a *Stipulation of Dismissal* notifying the Court that they have executed a private settlement agreement in the instant case. (Docket No. 23). Pursuant to this Court's Order at Docket No. 24, Judgment is hereby entered DISMISSING WITH PREJUDICE Plaintiff's claims against Defendants without imposition of costs, expenses, or attorney's fees.

The case is now closed for statistical purposes.

IT IS SO ORDERED

IN San Juan, Puerto Rico, May 29, 2025.

s/Gina R. Méndez-Miró
GINA R. MÉNDEZ-MIRÓ
UNITED STATES DISTRICT JUDGE